IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11343
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RALPH KENT MATTESON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:01-CR-34-ALL
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender ("FPD") representing Ralph Kent
Matteson has moved for leave to withdraw and has filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).
Matteson was provided with a copy of the FPD's Anders motion and
brief and has not filed a response.  Our independent review of
the record and the FPD's brief shows that there are no
nonfrivolous issues for appeal.

     The Federal Public Defender's motion for leave to withdraw
is GRANTED, the FPD is excused from further responsibilities

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

herein, and this appeal is DISMISSED.  See 5TH CIR. R. 42.2.; FED. R. APP. P. 34(a)(2)(A).